FILED
CLERK, U.S. DISTRICT COURT

JAN 2 2 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>JOB MAINA KURIA<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:25-cr-00233-DOC<br><br>**ORDER OF TEMPORARY DETENTION**<br>**PENDING HEARING PURSUANT**<br>**TO BAIL REFORM ACT** |

    Upon motion of ___Defendant_____ , IT IS ORDERED that a detention hearing is set for ___Monday_____ , __1/26/2026___ , at __2:00_____ ☐a.m. / ☒p.m. before the Honorable _John D. Early_____ , in Courtroom _6A_____ .

    Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
                *(Other custodial officer)*


Dated: ___January 22, 2026_____          _____/s/ Autumn D. Spaeth_____
                              U.S. District Judge/Magistrate Judge